IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KELON JACKSON
ADC #155270                                                              PLAINTIFF

v.                       No. 5:19-cv-163-DPM-JTK

POWELL, Sergeant, Tucker Unit;
COPELIN, CO, Tucker Unit; THOMPSON,
CO, Tucker Unit; HILL, CO, Tucker Unit;
RILEY, Lieutenant, Tucker Unit; KIMBERLY
HOFMANN, HSA, Tucker Unit; DAVIS, Nurse,
Tucker Unit; GRISWOLD, APN/NP, Tucker Unit;
and McGLAWN, Nurse, Tucker Unit                                          DEFENDANTS

## ORDER

Unopposed recommendation, № 13, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Jackson's claims against Riley are dismissed without prejudice.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

24 July 2019