IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KELON JACKSON
ADC #155270                                                              PLAINTIFF

v.                          No. 5:19-cv-163-DPM-JTK

POWELL, Sergeant, Tucker Unit;
COPELIN, CO, Tucker Unit; THOMPSON,
CO, Tucker Unit; HARRELL BERRYHILL,
CO, Tucker Unit; KIMBERLY HOFMANN,
HSA, Tucker Unit; DAVIS, Nurse, Tucker
Unit; GRISWOLD, APN/NP, Tucker Unit;
and McGLAWN, Nurse, Tucker Unit                                          DEFENDANTS

## ORDER

The Court adopts Magistrate Judge Kearney's unopposed partial recommendation, № 50. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Motion for partial summary judgment, № 40, partly granted and partly denied. The motion is denied as to Jackson's claims against Griswold. It is granted as to Jackson's claims against McGlawn; those will be limited to claims arising from Jackson's treatment in December 2018.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____
19 November 2019