# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**KELON JACKSON**
**ADC #155270**                                                    **PLAINTIFF**

v.                              No. 5:19-cv-163-DPM-JTK

**POWELL, Sergeant, Tucker Unit;**
**COPELIN, CO, Tucker Unit; THOMPSON,**
**CO, Tucker Unit; HARRELL BERRYHILL,**
**CO, Tucker Unit; KIMBERLY HOFMANN,**
**HSA, Tucker Unit; DAVIS, Nurse, Tucker**
**Unit; GRISWOLD, APN/NP, Tucker Unit;**
**and McGLAWN, Nurse, Tucker Unit**                    **DEFENDANTS**

## ORDER

The Court adopts Magistrate Judge Kearney's unopposed partial recommendation, № 57. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Hofmann's motion for summary judgment, № 53, is granted. Jackson's claims against her are dismissed without prejudice for failure to exhaust. And his claims against Davis are dismissed without prejudice for failure to serve.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

12 February 2020