## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

KELON JACKSON
ADC #155270                                                    PLAINTIFF

v.                         No. 5:19-cv-163-DPM

POWELL, Sergeant, Tucker Unit;
COPELIN, CO, Tucker Unit;  THOMPSON,
CO, Tucker Unit;  HARRELL BERRYHILL, CO,
Tucker Unit;  GRISWOLD, APN/NP, Tucker Unit;
and MCGLAWN, Nurse, Tucker Unit                      DEFENDANTS

### ORDER

The Court adopts Magistrate Judge Kearney's unopposed recommendation, *Doc. 66*, as modified.   FED. R. CIV. P. 72(b)  (1983 addition to advisory committee notes).  Before dismissing a case for a discovery violation, the Court "must investigate whether a sanction less extreme than dismissal would suffice, *unless* the party's failure was deliberate or in bad faith."  *Avionic Co. v. General Dynamics Corp.*, 957 F.2d 555, 558 (8th Cir. 1992) (emphasis original).  But Jackson also failed to respond to the Court's March and April Orders;  and his time to do so has passed. *Doc. 63.* It is now May.  The Court will therefore dismiss his complaint without prejudice for failure to prosecute. LOCAL RULE 5.5(c)(2).  Defendants' motion to compel, *Doc. 59*, is denied as moot.

So Ordered.

D.P. Marshall Jr.
United States District Judge

5 May 2020