IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KELON JACKSON
ADC #155270                                                              PLAINTIFF

v.                              No. 5:19-cv-163-DPM

POWELL, Sergeant, Tucker Unit;
COPELIN, CO, Tucker Unit; THOMPSON,
CO, Tucker Unit; HARRELL BERRYHILL, CO,
Tucker Unit; RILEY, Lieutenant, Tucker Unit;
KIMBERLY HOFMANN, HSA, Tucker Unit;
DAVIS, Nurse, Tucker Unit; GRISWOLD,
APN/NP, Tucker Unit; and MCGLAWN,
Nurse, Tucker Unit                                                       DEFENDANTS

## JUDGMENT

Jackson's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

5 May 2020